Entered on Docket April 15, 2020

**Below is the Order of the Court.**



_____
**Marc Barreca
U.S. Bankruptcy Judge**

**(Dated as of Entered on Docket date above)**

_____

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | ) Bankruptcy Case No. 15-15924-MLB |
| RONALD EDGAR HOWELL | ) |
| DEE LORENE SHISHIDO | ) |
| Debtors. | ) |
| _____ | ) Adv. Proc. No. 15-01384-MLB |
| RONALD EDGAR HOWELL | ) |
| DEE LORENE SHISHIDO | ) **JUDGMENT** |
| Plaintiffs, | ) |
| v. | ) |
| E*TRADE BANK | ) |
| Defendant. | ) |

On December 18, 2015, the Court entered an Ex Parte Default Judgment Against Defendant E*Trade Bank (AP Dkt. 11], providing that upon entry of a discharge in debtors' Chapter 13 case, the deed of trust in favor of E*Trade Bank encumbering the debtors' residential real property located at 31707 West Lake Ketchum Road, Stanwood, Washington 98292 (the "Lien"), shall be voided for all purposes, and upon application of the debtors, the court will enter

Judgment - 1

Cawood K. Bebout WSBA #34904
1023 S. 3rd St., Mount Vernon, WA 98273
Office (360) 419-3196; Fax (360) 336-1962
bebout@fidalgo.net

an appropriate form of judgment voiding the Lien. A discharge was entered in the debtors' Chapter 13 case on March 26, 2020 [Dkt. 43]. Debtors have applied for the entry of an appropriate form of judgment voiding the Liens.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The deed of trust recorded under Snohomish County Auditor Document No. 200604210438 on April 14, 2006, in favor of Residential Capital Corp., and assigned to E*Trade Bank under a corporate assignment of deed of trust recorded under Snohomish County Auditor Document No. 201107190548 on July 12, 2011, and assigned to Gulf Harbour Investments Corporation under an assignment of deed of trust recorded under Snohomish County Auditor Document No. 201901140083 on January 14, 2019, encumbering the debtors' residential real property located at 31707 West Lake Ketchum Road, Stanwood, Washington 98292, which is more fully described as follows:

> LAKE KETCHUM RECREATION TR DIV 1 BLK 000 D-00 - LOT21
> APN: 00-4901-000-021-00

is voided for all purposes.

2. Debtors may record a copy of this Order with the Auditor of Snohomish County, State of Washington, to clear title.

**///END OF ORDER///**

Presented by:

/s/Cawood K. Bebout
Cawood K. Bebout, WSBA #34904
Attorney for Debtors

Judgment - 2

Cawood K. Bebout WSBA #34904
1023 S. 3rd St., Mount Vernon, WA 98273
Office (360) 419-3196; Fax (360) 336-1962
bebout@fidalgo.net

Case 15-01384-MLB    Doc 14    Filed 04/15/20    Ent. 04/15/20 14:57:51    Pg. 2 of 2